JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHELLE JOHNSON, | ) Case No.: 09-cv-08806 (PJWx) |
| Plaintiff, | ) ORDER ENTERING JUDGMENT |
| v. | ) |
| ALLIED INTERSTATE, INC., | ) |
| Defendant | ) |

On January 14, 2010, Plaintiff, MICHELLE JOHNSON (Plaintiff), filed an acceptance of Defendant's, ALLIED INTERSTATE, INC.'S (Defendant), Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $400.00 for alleged damages, $2,000.00 in attorneys' fees, and $350.00 in costs. *Id*. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against

1  Defendant in the sum of $400.000 for alleged damages, $2,000.00 in attorneys'

2  fees, and $350.00 in costs.

3  **IT IS ORDERED**

4

5  Dated: January 15, 2010

6  A. Howard Matz
   United States District Judge

7  **JS-6**